No. 89–103.  GALAHAD *v.* WEINSHIENK, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 89–113.  PLYMOUTH STAMPING DIVISION, ELTEC CORP. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 6th Cir.  Certiorari denied.

No. 89–118.  STONEMAN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 89–120.  SOUTHERN NATURAL GAS CO. *v.* UNITED STATES;
No. 89–122.  WARRIOR & GULF NAVIGATION CO. *v.* UNITED STATES; and
No. 89–123.  PARKER TOWING CO., INC. *v.* UNITED STATES. C. A. 11th Cir.  Certiorari denied.  Reported below: 864 F. 2d 1550.

No. 89–143.  LATRAVERSE *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 89–186.  COMMUNITY ELECTRIC SERVICE OF LOS ANGELES, INC. *v.* NATIONAL ELECTRICAL CONTRACTORS ASSN., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–191.  TAYLOR ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–207.  BRAINERD *v.* MASCO CORPORATION OF INDIANA. C. A. 7th Cir.  Certiorari denied.

No. 89–217.  GREGORIAN ET AL. *v.* IZVESTIA, MINISTRY OF FOREIGN TRADE OF THE UNION OF SOVIET SOCIALIST REPUBLICS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–223.  SCHOTTENFELD *v.* CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–224.  CANNEDY ET AL. *v.* PACIFIC GAS & ELECTRIC CO.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.